# UNITED STATES DISTRICT COURT
# SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| GUILLERMO MATA on behalf of himself and all others similarly situated,<br><br>    Plaintiff,<br><br>  v.<br><br>ZILLOW GROUP, INC.,<br><br>    Defendant. | Case No.:  24-cv-01095-DMS-VET<br><br>**ORDER FOLLOWING TELEPHONIC CONFERENCE** |

A telephonic conference was held on September 18, 2024.  After consideration of the issues raised by the parties, it is hereby ordered that on or before October 18, 2024, Defendant shall file its Motion to Dismiss pursuant to Rule 12(b) of the Federal Rules of Civil Procedure.

**IT IS SO ORDERED.**

Dated:  September 18, 2024

_____

Hon. Dana M. Sabraw, Chief Judge
United States District Court