SEAN D. FLAHERTY (SBN: 272598)
sflaherty@grsm.com
HAZEL MAE B. PANGAN (SBN: 272657)
hpangan@grsm.com
GORDON REES SCULLY MANSUKHANI, LLP
101 W. Broadway, Suite 2000
San Diego, CA 92101
Telephone: (619) 696-6700
Facsimile: (619) 696-7124

Attorneys for Defendant
ZILLOW GROUP, INC.

UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| GUILLERMO MATA, individually and on behalf of similarly situated individuals,<br><br>Plaintiff,<br><br>v.<br><br>ZILLOW GROUP, INC., a Washington corporation,<br><br>Defendants. | CASE NO. 3:24-cv-1095-DMS-VET<br>Judge: Hon. Dana M. Sabraw<br><br>**DEFENDANT ZILLOW GROUP, INC.'S NOTICE OF MOTION AND MOTION TO DISMISS PLAINTIFF GUILLEMO MATA'S COMPLAINT**<br><br>Hearing Date: December 6, 2024<br>Hearing Time: 1:30 p.m.<br>Courtroom: 13A |

**TO ALL THE PARTIES AND THEIR COUNSEL OF RECORD:**

**PLEASE TAKE NOTICE** that on December 6, 2024 at 1:30 p.m. or as soon thereafter as counsel may be heard in the courtroom of the Honorable Dana M. Sabraw, Defendant Zillow Group, Inc. will and hereby does move pursuant to Federal Rule of Civil Procedure 12(b)(6) for an order to dismiss Plaintiff Guillermo Mata's Complaint alleging that Zillow violated the Video Privacy Protection Act, 18 U.S.C. § 2710, and the California Invasion of Privacy Act, Cal. Penal Code § 630 *et seq.*

///

///

This Motion rests on the Notice of Motion and Motion, the Memorandum of Points and Authorities, the Court's files, the arguments of counsel, and any other matter that the Court may properly consider.

Dated: October 18, 2024

Respectfully submitted,

GORDON REES SCULLY MANSUKHANI LLP

By: */s/ Hazel Mae B. Pangan*
    Sean D. Flaherty
    Hazel Mae B. Pangan
    Attorneys for Defendant
    ZILLOW GROUP, INC.