Timothy P. Kingsbury
(IL ARDC No. 6329936)
(admitted *pro hac vice*)
KINGSBURY LAW LLC
8 S. Michigan Ave., Ste. 2600
Chicago, Illinois 60603
Tel: (312) 291-1960
tim@kingsburylawllc.com
*Counsel for Plaintiff*

Sheri B. Pan (SBN 316136)
sheri@zwillgen.com
ZWILLGEN LAW LLP
369 Pine Street, Suite 506
San Francisco, CA 94104
Telephone: (415) 590-2341
Facsimile: (415) 636-5965
*Counsel for Defendant*

# IN THE UNITED STATES DISTRICT COURT
# FOR THE SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| GUILLERMO MATA, individually and on behalf of similarly situated individuals,<br><br>Plaintiff,<br><br>v.<br><br>ZILLOW GROUP, INC., a Washington corporation,<br><br>Defendant. | Case No. 24-cv-1095-DMS-VET<br><br>Hon. Dana M. Sabraw<br><br>Magistrate Hon. Valerie E. Torres<br><br>**JOINT STATUS REPORT REGARDING PRIVATE MEDIATION** |

Pursuant to the Court's February 28, 2025 Order Granting Joint Motion to Continue March 13, 2025 ENE/CMC Conference and Related Deadlines (Dkt. 24), Plaintiff Guillermo Mata and Defendant Zillow Group, Inc. submit this Joint Status Report apprising the Court of the status of their private mediation efforts.

The parties have scheduled a private mediation before Hon. Freda L. Wolfson (Ret.), a former U.S. District Court Judge of the District of New Jersey and neutral at Lowenstein Sandler, on May 28, 2025.

|  |  |
|---|---|
| March 21, 2025 | Respectfully submitted,<br><br>**KINGSBURY LAW LLC**<br>**KERKONIAN DAJANI, LLP**<br><br>By: */s/ Timothy P. Kingsbury*<br>    Timothy P. Kingsbury<br>    Elizabeth Al-Dajani<br>    Attorneys for Plaintiff<br>    GUILLERMO MATA |
| March 21, 2025 | **ZWILLGEN LAW LLP**<br><br>By: */s/ Sheri B. Pan*<br>    Sheri B. Pan<br>    Attorney for Defendant<br>    ZILLOW GROUP, INC |

**CERTIFICATION REGARDING JOINT SUBMISSION**

I, Timothy P. Kingsbury, hereby certify that the content of the document is acceptable to all persons required to sign.

*/s/ Timothy P. Kingsbury*