Timothy P. Kingsbury
(IL ARDC No. 6329936)
(admitted *pro hac vice*)
KINGSBURY LAW LLC
8 S. Michigan Ave., Ste. 2600
Chicago, Illinois 60603
Tel: (312) 291-1960
tim@kingsburylawllc.com
*Counsel for Plaintiff*

Sheri B. Pan (SBN 316136)
sheri@zwillgen.com
ZWILLGEN LAW LLP
369 Pine Street, Suite 506
San Francisco, CA 94104
Telephone: (415) 590-2341
Facsimile: (415) 636-5965
*Counsel for Defendant*

# IN THE UNITED STATES DISTRICT COURT
# FOR THE SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| GUILLERMO MATA, individually and on behalf of similarly situated individuals,<br><br>Plaintiff,<br><br>v.<br><br>ZILLOW GROUP, INC., a Washington corporation,<br><br>Defendant. | Case No. 24-cv-1095-DMS-VET<br><br>Hon. Dana M. Sabraw<br><br>Magistrate Hon. Valerie E. Torres<br><br>**JOINT MOTION FOR ENTRY OF STIPULATED PROTECTIVE ORDER** |

Pursuant to Local Rule 7.2 of the United States District Court for the Southern District of California and the Civil Chambers Rules of Judge Dana M. Sabraw and Magistrate Judge Valerie E. Torres, Plaintiff Guillermo Mata and Defendant Zillow Group, Inc., by and through their undersigned counsel, respectfully submit this Joint Motion for Entry of Stipulated Protective Order.

In accordance with Part V of the Joint Discovery Plan submitted by the parties on June 5, 2025 (Dkt. 30), the parties have agreed on the terms of a protective order governing the exchange of confidential information to facilitate the uniform handling of discovery materials and the prompt resolution of disputes over

confidentiality. Accordingly, the parties respectfully request that the Court approve and enter the proposed Stipulated Protective Order, a word copy of which is being furnished to the Court by email.

Dated: June 26, 2025

Respectfully submitted,

**KINGSBURY LAW LLC**
**KERKONIAN DAJANI, LLP**

By: */s/ Timothy P. Kingsbury*
Timothy P. Kingsbury
Elizabeth Al-Dajani
Attorneys for Plaintiff
GUILLERMO MATA

Dated: June 26, 2025

**ZWILLGEN LAW LLP**

By: */s/ Sheri B. Pan*
Sheri B. Pan
Attorney for Defendant
ZILLOW GROUP, INC.

## CERTIFICATION REGARDING JOINT SUBMISSION

I, Timothy P. Kingsbury, hereby certify that the content of the document is acceptable to all persons required to sign.

*/s/ Timothy P. Kingsbury*