| | |
|---|---|
| Timothy P. Kingsbury | Sheri B. Pan (SBN 316136) |
| (IL ARDC No. 6329936) | sheri@zwillgen.com |
| (admitted *pro hac vice*) | ZWILLGEN LAW LLP |
| KINGSBURY LAW LLC | 369 Pine Street, Suite 506 |
| 8 S. Michigan Ave., Ste. 2600 | San Francisco, CA 94104 |
| Chicago, Illinois 60603 | Telephone: (415) 590-2341 |
| Tel: (312) 291-1960 | Facsimile: (415) 636-5965 |
| tim@kingsburylawllc.com | *Counsel for Defendant* |
| *Counsel for Plaintiff* | |

[Additional counsel listed on signature page]

# IN THE UNITED STATES DISTRICT COURT
# FOR THE SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| GUILLERMO MATA, individually and on behalf of similarly situated individuals, <br><br> Plaintiff, <br><br> v. <br><br> ZILLOW GROUP, INC., a Washington corporation, <br><br> Defendant. | Case No. 24-cv-1095-DMS-VET <br><br> Hon. Dana M. Sabraw <br><br> Magistrate Judge Valeria E. Torres <br><br> **JOINT MOTION AND STIPULATION TO DISMISS WITHOUT PREJUDICE** |

Plaintiff Guillermo Mata and Defendant Zillow Group, Inc., by and through their counsel, and pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(ii), hereby stipulate that this action is dismissed without prejudice, with each party to bear its own fees and costs.

Respectfully submitted,

| | |
|---|---|
| September 9, 2025 | **KINGSBURY LAW LLC** <br> **KERKONIAN DAJANI, LLP** <br><br> By: */s/ Timothy P. Kingsbury* <br>    Timothy P. Kingsbury <br>    Elizabeth Al-Dajani <br>    Attorneys for Plaintiff <br>    GUILLERMO MATA |
| September 9, 2025 | **ZWILLGEN LAW LLP** <br><br> By: */s/ Sheri B. Pan* <br>    Sheri B. Pan <br>    Attorney for Defendant <br>    ZILLOW GROUP, INC |

<u>IT IS SO ORDERED.</u>

Dated: _____                     _____
                                              Hon. Dana M. Sabraw
                                              United States District Judge

## **CERTIFICATION REGARDING JOINT SUBMISSION**

I, Timothy P. Kingsbury, hereby certify that the content of the document is acceptable to all persons required to sign.

                                              */s/ Timothy P. Kingsbury*